IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                             RESPONDENT

v.                          Criminal No. 1:13-cr-10026
                            Civil No. 1:18-cv-01046

GREGORY A. TAYLOR                                                         MOVANT

## ORDER

Before the Court is the Report and Recommendation filed March 7, 2019, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 320). Judge Bryant recommends that Plaintiff's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (ECF No. 297) be denied because the motion is time-barred.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 320) *in toto*. Accordingly, Plaintiff's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (ECF No. 297) is hereby **DENIED**.

**IT IS SO ORDERED**, this 26th day of March, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge